IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRST SEALORD SURETY, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-687C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Please take notice that pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, plaintiff First Sealord Surety, Inc. hereby voluntarily dismisses this action against the United States without prejudice.

Respectfully submitted,

FIRST SEALORD SURETY, INC.

Dated: 11/14/06

BY: Salil P. Patel

SALIL P. PATEL, ESQUIRE
Attorney for Plaintiff,
First Sealord Surety, Inc.
789 East Lancaster Avenue
Villanova, PA 19085
(610) 660-5135
(610) 664-2297
spatel@firstsealord.biz